# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5052**

**September Term, 2022**

**1:23-cv-00415-UNA**

**Filed On:** May 23, 2023

Dennis Sheldon Brewer, Individually and on
Behalf of All Others Similarly Situated,

      Appellant

      v.

Christopher A. Wray, Mr.; Director, Federal
Bureau of Investigation, et al.,

      Appellees

## ON APPEAL FROM THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**BEFORE:** Wilkins and Katsas, Circuit Judges, and Sentelle, Senior Circuit
Judge

## J U D G M E N T

This appeal was considered on the record from the United States District Court
for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P.
34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing and the emergency
motion for a hearing, it is

**ORDERED** that the emergency motion for a hearing be denied. Appellant has
not shown he is entitled to the requested relief. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's February 28,
2023 order be affirmed. The district court properly dismissed appellant's case as
frivolous. See 28 U.S.C. § 1915(e)(2)(B)(i); Neitzke v. Williams, 490 U.S. 319, 325
(1989) ("[A] complaint . . . is frivolous where it lacks an arguable basis either in law or in
fact.").

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

## No. 23-5052

## September Term, 2022

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Daniel J. Reidy
Deputy Clerk